UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MACK MANDRELL LOYDE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3-14-02311 ) Senior Judge Haynes ) |
| ANITA JENKINS, | ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 45) to deny Plaintiff's motion for injunctive relief (Docket Entry No. 9). Plaintiff has not filed an objection.

After de novo review and as reflected in the Court's Order (Docket Entry No. 77), the Report and Recommendation is **ADOPTED**, and Plaintiff's motion for injunctive relief (Docket Entry No. 9) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 21st day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge