**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

MACK MANDRELL LOYDE, )
)
    Plaintiff, )
)
v. )    No. 3:14-cv-02311
)    Senior Judge Haynes
ANITA JENKINS, )
)
    Defendant. )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No.

177) to grant Defendant's motion for summary judgment (Docket Entry No. 137) and deny as moot

all pending motions. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendant's

motion for summary judgment (Docket Entry No. 137) is **GRANTED** and all pending motions are

**DENIED as moot.** This action is **DISMISSED without prejudice.** Any appeal of this Order

would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the ____ day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge